IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DEBORAH A. SUTER, individually and )
as surviving spouse of Ronald W. Suter, )
Sr., deceased; RONALD W. SUTER, II; ) No. 3-10-1012
ANGELA L. SINCLAIR; JACKSON R. )
SUTER; and SHELIA R. SUTER, )
surviving adult children of Ronald W. )
Suter, Sr., deceased )
)
v. )
)
UNITED STATES OF AMERICA )

O R D E R

By order entered June 21, 2011 (Docket Entry No. 35), a telephone conference call was scheduled with counsel for the parties and the Court on June 24, 2011. Defendant's counsel had advised the Court on June 22, 2011, that he was scheduled to be involved in a settlement conference in another case on June 24, 2011. However, it was not clear whether or not he could break away for the scheduled conference call. Plaintiffs' counsel called on June 24, 2011, to advise that she had not heard from defendant's counsel.

Inasmuch as the parties have not rescheduled the conference call, counsel for the parties shall convene a telephone conference call on **Wednesday, July 13, 2011, at 11:00 a.m.,** to be initiated by defendant's counsel, to address the status of the parties' settlement discussions.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge